RECEIVED
JUN - 6 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Plaintiff(s), Liana Suzuki Tyrey

v.

The Rehabilitation Institution of St. Louis
Encompass Health
BJC Health

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED
YES [X]   NO [ ]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*


Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

[X] Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

[X] Other (Describe)

Terminated while on Approved Family Leave

**PARTIES**

2. Plaintiff's name: Diana Suzuki-Tyrey

   Plaintiff's address: 9413 Theodosia Ave
   Street address or P.O. Box

   St. Louis, Mo. 63114
   City/County/State/Zip Code

   314-255-6991
   Area code and telephone number

3. Defendant's name: The Rehabilitation Institution of St. Louis

   Defendant's address: 4455 Duncan Avenue
   Street address or P.O. Box

   St. Louis, Mo. 63110
   City/County/State/Zip Code

   314-658-3800
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

6-6-2023

2.

Encompass Health
9001 Liberty Pkway
Birmingham, AL
35242

3.

Healthcare - president

BJC Heath
One Barnes-Jewish Plaza
St. Louis, MO
63110

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)          (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

Approved FMLA Starting 2018 Return to work or get fired terminated while on FMLA. August 26 2021

### ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☒ Yes    Date filed: _____

☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes    Date filed: _____

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☒ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

\_\_\_\_ failure to hire me

__X__ termination of my employment

__X__ failure to promote me

\_\_\_\_ failure to accommodate my disability

__X__ terms and conditions of my employment differ from those of similar employees

__X__ retaliation

__X__ harassment

__X__ other conduct (specify): failure to grant FMLA for terminal ill parent. Parent died non Covid-19 related BJC Health (12 weeks)

Did you complain about this same conduct in your charge of discrimination?

__X__ Yes           \_\_\_\_ No

4

11. I believe that I was discriminated against because of my (check all that apply):

- [X] race
- [ ] religion
- [X] national origin
- [X] color
- [ ] gender
- [X] disability
- [ ] age (birth year is: _____)
- [X] other: **FMLA**

Did you state the same reason(s) in your charge of discrimination?

[X] Yes    [ ] No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

EEOC = Right to Sue package
BJC = Naomi Suzuki = Not granted FMLA to take care of her (12 weeks) Arrival BJH Emergency room Diagnosed: Foreign object in trach (Not evaluated) sent to MOBAP asked physician to stay with patient: Legal POA of patient denied by charge nurse sent away. Patient sent to Kindred: after discharged. Physician states Cancer all over he body: incorrect H&P, Patient was Never diagnosed. I commute to work from Jackson, MO caring for my mother for sixteen and half days. Until

(Continue to page 6, if additional space is needed.)

She died of an opiate overdose. I billed medicare every day for TRISL except the day she died. Her autopsy states NO Cancer. Death certificate only states overdose.

I should of had 12 weeks of Approved FMLA to take care of her properly. Covid-19 or no Covid-19.

My coworkers (the clerk) knew more about my personal business than I did. She informed me on August 08 around a month before the company terminated me. I paid long term & short term benefits for All the time I worked as a full time employee. I did everything and more than what was asked of me. The Hims Department also covered front desk Receptionist. during Covid-19 I carried a letter essential worker. Going to work when the rest of the world was shut down. I was working. Ill and taking care of myself sick.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

[ ] are still being committed by the defendant.

[ ] are no longer being committed by the defendant.

[X] may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. The plaintiff is seeking damages for emotional distress, humiliation damages to her professional Reputation, loss wages, benefits, medical expenses, attorney fees, court costs, interest and other Relief the court deems properly appropriate since the complications of diabetes surgery (2018) Recommended by the Referral of physician. Approved FMLA termination from employment. Losses Future Unknown medical procedures.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

*Deana Suzuki-Tyrey, R.H.I.T.*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20_____.

Signature of Plaintiff  *Diana Suzuki Tyrey*

8