# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DIANA SUZUKI-TYREY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-cv-00747-SEP |
| THE REHABILITATION INSTITUTION OF ST. LOUIS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 10th day of January, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE